Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Spin Master Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD.,<br><br>*Plaintiff*<br><br>v.<br><br>ALBERTCASTI, ANGELBABY MEMEDA, BAOYUNURSE CLOTHES, CAROLA FILIPS, CLIMBTOTHEEND, RECEIVEANDDISPATCHBC, EVELYN M VERNON, FGEUGFUE, JIANMINGDIANSHANG, KIAE61, LONGGEGE888, MENGXU, ROSS8, TANMIT, TIGER&SNAKE, TITAOYUEYING, W.BING, WEIYE, YINGSHISHUANGSHOU, YJQT01, ZHANGYANHUI8175, ZHIHUA9654 and ZUOWENTUANLVCJ,<br><br>*Defendants* | **22-cv-894 (JSR)**<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 4th day of March, 2022, at 12:10 p.m.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1